IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-00056-GCM

| | |
|---|---|
| ANTOINE CURETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RADIO SHACK CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

THIS MATTER is before the court upon a Motion to Dismiss filed by the Defendant. It appears that the Defendant may be entitled to a dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6). Therefore, the Plaintiff is directed to file a response as described below:

TO THE PLAINTIFF, ANTOINE CURETON, READ THE FOLLOWING VERY CAREFULLY:

You are to file a brief written argument opposing the Defendant's Motion to Dismiss. This argument must respond to the substantive arguments in Defendant's motion.

Within fourteen days of the date of entry of this Order, you must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dimiss. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the Defendant and a certificate of service must be filed with the Court, showing that a copy has been sent to counsel for the Defendant.

IT IS THEREFORE ORDERED that Plaintiff has fourteen (14) days from the filing of this Order in which to respond to Defendant's Motion to Dismiss.

The Clerk is directed to certify copies of this Order to Plaintiff and counsel for Defendant. The Clerk is specifically directed to send Plaintiff's copy by certified mail, return receipt requested.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge