# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Antoine O. Cureton,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:10-cv-56

Radio Shack Corp.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2010 Order.

                Signed: June 3, 2010

                *Frank G. Johns*

                Frank G. Johns, Clerk
                United States District Court